UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

DENNIS S. PRATER,

    Plaintiff,

-vs-                 Case No. 5:06-cv-92-Oc-10GRJ

JO ANNE B. BARNHART, Commissioner of
Social Security,

    Defendant.
_____/

## **O R D E R**

  The United States Magistrate Judge has issued a report (Doc. 9) recommending that the decision of the Commissioner of the Social Security denying the Plaintiff's application for a period of disability and disability insurance benefits be affirmed. The Plaintiff has not objected to the report and recommendation of the Magistrate Judge, and the time for objecting has elapsed.

  Upon an independent examination of the file and upon due consideration, the report and recommendation of the Magistrate Judge (Doc. 9) is adopted, confirmed and made a part hereof, and the decision of the Commissioner is AFFIRMED.

  The Clerk is DIRECTED to enter judgment accordingly, terminate any pending motions, and close the file.

  IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 23rd day of March, 2007.

*[signature]*

UNITED STATES DISTRICT JUDGE

Copies to: Hon. Gary R. Jones
           Counsel of Record